DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TARRINSON WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0952

_____

July 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Hillsborough County; Wesley D. Tibbals, Judge.

Tarrinson Walker, pro se.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and VILLANTI and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.